UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: )
    Aleksander Jakubowski )    Case No. 12 B 15699
    Liliana Jakubowski )
)
)

**FINAL PRETRIAL ORDER ON MOTION TO USE CASH COLLATERAL, MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND MOTION TO WAIVE REQUIREMENTS OF 11 U.S.C. § 543(B)**

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Responses to the motion to use cash collateral and motion for relief from the automatic stay shall be filed on or before **June 5, 2012** and shall not exceed ten pages without prior approval of the court. Replies may be filed on or before **June 12, 2012** and shall not exceed five pages.

A response to the motion to waive requirements of 11 U.S.C. § 543(b) was filed on May 21, 2012. Replies may be filed on or before **June 5, 2012** and shall not exceed five pages. A surreply, if any, may be filed on or before **June 12, 2012** and shall not exceed five pages.

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before **June 19, 2012**, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

Trial is set for **June 26, 2012**, at **10:30 a.m.** in Courtroom 615
Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

ENTER:

/s/ Janet S. Baer
_____
Hon. Janet S. Baer
United States Bankruptcy Judge

2 2 MAY 2012

Dated: _____